1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE EDWARD HICKS,

           Petitioner,

      v.

TERRI GONZALEZ, Warden,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-2051 AG (JCG)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's objections to the Report and Recommendation ("Objections"), and the remaining record, and has made a *de novo* determination.

      In his Objections, Petitioner raises – for the first time – two new grounds for relief:

      (1) he did not properly receive notice of all charges against him because the charges did not include a torture special circumstances allegation under California Penal Code § 190.2(a)(18); and

      (2) the trial court violated due process when it gave "Special Instruction 88," which instructed the jury that it need not unanimously agree on the theory of guilt. (Objs. at 7, 18, 21-25.)

1   Neither ground is properly before the Court and they both lack merit in any
2   event.
3   First, the Court can refuse to consider these new grounds because they were
4   not raised in the earlier proceedings before the Magistrate Judge.  *United States v.*
5   *Howell*, 231 F.3d 615, 621 (9th Cir. 2000) ("[A] district court has discretion, but is
6   not required, to consider evidence presented for the first time in a party's objection
7   to a magistrate judge's recommendation").  The facts and arguments raised in these
8   new grounds were readily available to Petitioner at the time he challenged his
9   conviction on appeal in state court and he offers no explanation for his failure to
10  raise them earlier.
11  Second, Petitioner did not raise either (new) ground in the California
12  Supreme Court and his new grounds are also, therefore, unexhausted.  *Baldwin v.*
13  *Reese*, 541 U.S. 27, 29 (2004).  This Court cannot grant habeas relief on
14  unexhausted grounds.  28 U.S.C. § 2254(b)(1).
15  Third, even if Petitioner properly raised these two new, unexhausted
16  grounds, they do not substantively advance a colorable claim for habeas relief.
17  As for Petitioner's first new claim concerning notice of the charges against
18  him, Petitioner was not charged *or convicted* of murder with special circumstances.
19  (*See* Lodg. # 1, Clerk's Transcript, at 197-199, 245-46.)
20  Petitioner's second new claim concerning the special jury instruction is also
21  without merit because jurors are not constitutionally required to reach unanimous
22  agreement on alternative factual theories of criminal liability.  *See Schad v.*
23  *Arizona*, 501 U.S. 624, 631 (1991) ("We have never suggested that in returning
24  general verdicts . . . the jurors should be required to agree upon a single means of
25  commission."); *Sullivan v. Borg*, 1 F.3d 926, 927(9th Cir. 1993) (holding that
26  instruction permitting jury to convict defendant of first-degree murder without
27  unanimity as to whether he committed felony murder or premeditated murder did
28

1  not violate due process).

2        Lastly, Petitioner requests an evidentiary hearing.  An evidentiary hearing is

3  not required where, as here, Petitioner's grounds can be resolved by reference to

4  the state court record.  *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007) ("[I]f the

5  record refutes the applicant's factual allegations or otherwise precludes habeas

6  relief, a district court is not required to hold an evidentiary hearing.").  Petitioner's

7  request for an evidentiary hearing is, therefore, denied.

8        Accordingly, IT IS ORDERED THAT:

9        (1) the Report and Recommendation is approved and adopted;

10        (2) Judgment be entered denying the Petition and dismissing this action with

11  prejudice; and

12         (3) the Clerk serve copies of this Order and the Judgment on the parties.

13

14

15  DATED: October 31, 2010        _____

16                                      HON. ANDREW GUILFORD
                                       UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28
                                       3