# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD HICKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-2051 AG (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 31, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ANDREW GUILFORD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE